# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 394 EAL 2019

         Respondent            :

                             :   Petition for Allowance of Appeal

                             :   from the Order of the Superior Court

         v.                     :

                             :

TERRANCE PITTS,                :

                             :

         Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.